Sherwood J. Reese
Sherwood.reese@comcast.net
Drew L. Johnson, P.C.
sherwoodreese@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**MAYA E. T.,**

          Plaintiff,

  vs.

**Commissioner of Social Security Administration,**

          Defendant.
_____

Civil No. 6:19-cv-819-SI

**ORDER APPROVING AUXILIARY ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and Counsel for Defendant having no objection, Motion is hereby granted in the sum of $15,860.00 for attorney fees pursuant to 42 U.S.C. §406(b) regarding Plaintiff's auxiliary retroactive benefits on behalf of her minor children. Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson,

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -      1

P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Eugene, OR 97401, consistent with this order.

IT IS SO ORDERED this day of July __25__, 2022

_____
U.S. District Judge

PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff

ORDER APPROVING AUXILIARY FEES PURSUANT TO 42 U.S.C §406 (b) -    2